Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | DOCKET NO: 6:14-mj-058-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| GRAHAM HUNT, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated:  July 29, 2014  　　　　　　　　　　　NATIONAL PARK SERVICE

　　　　　　　　　　　　　　　　　　　　　　 /S/ Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　　　　　　Acting Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Graham Hunt*, 6:14-mj-058-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   July 29, 2014                           /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE